# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 29, 2022

Mr. Nehemiah Rolle Jr.
3874 Paxton Avenue
Unit 9643
Cincinnati, OH 45209

Re: Case No. 22-3513, *Nehemiah Rolle, Jr. v. AurGroup Financial Credit Union, et al*
Originating Case No. 1:21-cv-00006

Dear Mr. Rolle,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Gretchen S. Abruzzo, Case Manager for
Leon T. Korotko, Case Manager
Direct Dial No. 513-564-7069

cc: Mr. David A. Campbell III
    Mr. Richard W. Nagel

Enclosure