No. 22-3513

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jul 29, 2022
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| NEHEMIAH ROLLE, JR., )<br>)<br>   Plaintiff-Appellant, )<br>)<br>v. )<br>)<br>AURGROUP FINANCIAL CREDIT UNION; TIM )<br>BOELLNER, AurGroup Financial Credit Union )<br>CEO, )<br>)<br>   Defendants-Appellees. )<br>) | O R D E R |

Before: WHITE, Circuit Judge.

This matter is before the court upon initial consideration of appellate jurisdiction.

The district court entered its judgment on April 18, 2022. Any notice of appeal was due to be filed on or before May 18, 2022. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a) 26(a). Nehemiah Rolle filed his notice of appeal on June 6, 2022. Because the notice appeared to be late, this court entered an order directing Rolle to show cause why his appeal should not be dismissed.

The record indicates, however, that Rolle moved in the district court for an extension of time to appeal. The district court granted the request and ordered that a notice of appeal be filed by June 6, 2022. Rolle's notice of appeal is therefore timely.

Accordingly, the show-cause order is **WITHDRAWN.**

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk