## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 21, 2022

Mr. David A. Campbell III
Lewis Brisbois Bisgaard & Smith
1375 E. Ninth Street, Suite 2250
Cleveland, OH 44114

Mr. Nehemiah Rolle Jr.
3874 Paxton Avenue
Unit 9643
Cincinnati, OH 45209

    Re: Case No. 22-3513, *Nehemiah Rolle, Jr. v. AurGroup Financial Credit Union, et al*
        Originating Case No. : 1:21-cv-00006

Dear Mr. Rolle and Counsel,

   The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Leon T. Korotko
                                        Case Manager
                                        Direct Dial No. 513-564-7069

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue