Case No. 22-3513

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

NEHEMIAH ROLLE, JR.

    Plaintiff - Appellant

v.

AURGROUP FINANCIAL CREDIT UNION; TIM BOELLNER, AurGroup Financial Credit Union CEO

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by September 13, 2022.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 21, 2022